## No. 9517.

### MOSHER v. LUSTICK.

BILL OF EXCEPTIONS—*Extension of Time to File,* granted without notice is without effect.

The bill filed pursuant to such extension was stricken off.

*Error to the El Paso District Court, Hon. John W. Sheafor, Judge.*

*Department Two.*

Mr. CLYDE L. STARRETT, Mr. S. D. CRUMP, for plaintiffs in error.

Mr. HENRY TROWBRIDGE, for defendant in error.

Opinion by Mr. Justice Denison.

THE defendant in error moves to strike the bill of exceptions, on the ground that it was not filed in time. It was filed within an extension of time, but there was no notice of motion for extension. The motion to strike must be granted.

*In re Luthe's Will, Ransom v. Holland,* No. 9546, decided herewith.    66 Colo. 420.

Motion to strike bill of exceptions granted.

Garrigues, C. J., and Scott, J., concur.